UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IRENE OLIVARES,

                              Plaintiff,

    – against –

GARDEN CITY JEEP CHRYSLER DODGE LLC, PARK SLOPE AUTO CENTER INC., and SANTANDER CONSUMER USA, INC. dba CHRYSLER CAPITAL,

                              Defendants.

Civ. Action No.: 2:21-cv-01078 (BMC)

**CONSENT TO**
**CHANGE ATTORNEY**

---

**IT IS HEREBY CONSENTED THAT** the attorney Cye E. Ross, Esq. located at 30 Vesey Street, Suite 1800, New York, New York 10007, be and hereby is substituted as attorneys of record for defendant Santander Consumer USA, Inc. dba Chrysler Capital in connection with the above-entitled proceeding in place and stead of the undersigned attorneys as of the date hereof.

This consent may be signed in counterparts and a facsimile or electronically transmitted copy of this consent shall have the same force and effect as the original for all purposes and shall be filed with the Court.

DATED:    Garden City, New York
                 May 14, 2021

| FONTANA & NAPOLITANO, LLP | CYE E. ROSS, ESQ. |
|---|---|
| BY: _/s/ George C. Fontana Jr._ <br> George C. Fontana Jr., Esq. <br> Outgoing Attorneys for Defendant <br> Santander Consumer USA, Inc. dba <br> Chrysler Capital <br> 1225 Franklin Avenue, Suite 325 <br> Garden City, New York 11530 <br> (516) 344-6400 | BY: _/s/ Cye E. Ross_ <br> Cye E. Ross, Esq <br> Incoming Attorneys for Defendant <br> Santander Consumer USA, Inc. dba <br> Chrysler Capital <br> 30 Vesey Street, Suite 1800 <br> New York, New York 10007 <br> (212) 732-0843 |