**CYE ELLIS ROSS**
ATTORNEY AT LAW
30 VESEY STREET, SUITE 1800
NEW YORK, NEW YORK 10007
(212) 732-0843
FAX (212) 587-1039
EMAIL: cyro05@aol.com

October 6, 2021

**BY ECF**
The Honorable Steven L. Tiscione
United States Magistrate-Judge
U. S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Olivares v. Garden City Jeep Chrysler Dodge LLC, *et al.*
              Case No. 2:21-cv-01078 (ST)

Dear Magistrate-Judge Tiscione:

      I am co-counsel with Roger J. Bernstein for defendants Garden City Jeep Chrysler Dodge LLC ("Garden City") and Santander Consumer USA, Inc., d/b/a Chrysler Capital ("Chrysler Capital"). This is the parties' joint status report on the outcome of mediation that the Court has directed the parties to file on or before October 6, 2021.

      The parties had a multi-hour joint mediation session with the mediator on September 23, 2021, followed by telephone negotiations conducted by the mediator separately with plaintiff and with defendants on September 28th and 29th. A settlement in principal has been reached. The parties final documents, which will include a stipulation of discontinuance with prejudice, will be filed after the settlement check has cleared.

                                                                 Respectfully submitted,

                                                                 Cye E. Ross
                                                                 *Co-Counsel for Defendants Garden City*
                                                                  *Jeep Chrysler Dodge LLC and Santander*
                                                                  *Consumer USA, Inc., d/b/a Chrysler Capital*

cc:      Plaintiff's Counsel (By ECF)